United States District Court
Southern District of Texas

**ENTERED**

March 25, 2021

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

SHAIKH ARIF, INDIVIDUALLY AND ON BEHALF §
OF OTHERS SIMILARLY SITUATED, §
*Plaintiffs,* §
§
V. §   CIVIL ACTION NO. 4:20-cv-2704
§
OMAIR BASHIR, ET AL., §
*Defendants.* §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated March

10, 2021 (ECF 19) and no objections having been filed thereto, the Court is of the opinion that said

Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation

is hereby **ADOPTED** by this Court.

**SIGNED** at Houston, Texas this __25th__ day of March, 2021.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE